Tanzer, Mark    P822216

Name and Prisoner/Booking Number
**Fourth Avenue Jail**

Place of Confinement
**201 S. 4th Avenue**

Mailing Address
**Phoenix, AZ  85003**

City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

```
┌─────────────────────────────────────┐
│  ✓ FILED        ___ LODGED           │
│  ___ RECEIVED   ___ COPY             │
│         JUL 19 2013                  │
│    CLERK U S DISTRICT COURT          │
│      DISTRICT OF ARIZONA             │
│  BY                    DEPUTY        │
└─────────────────────────────────────┘
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Mark Joseph 'Hills' Tanzer

(Full Name of Plaintiff)              Plaintiff,

vs.

(1) A.C.I..

(Full Name of Defendant)

(2)

(3)

(4)

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

**CV-13-01470-PHX-JAT(MHB)**

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A.  JURISDICTION

1.    This Court has jurisdiction over this action pursuant to:
☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
☑ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
☐ Other: _____

2.    Institution/city where violation occurred: The Arizona Department of Corrections
@ 1601 w. Jefferson st. Phoenix Az. 85007

Revised 3/9/07                              1                              **550/555**

## B. DEFENDANTS

1. Name of first Defendant: *A.C.I.* . The first Defendant is employed as:
*Arizona Correctional Industries* at *The Arizona Dept of Corrections* .
              (Position and Title)                           (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
_____at_____.
              (Position and Title)                           (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
_____at_____.
              (Position and Title)                           (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
_____at_____.
              (Position and Title)                           (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☐ No

2. If yes, how many lawsuits have you filed? _____.  Describe the previous lawsuits:

    a. First prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
          _____.

    b. Second prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
          _____.

    c. Third prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
          _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D. CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: My U.S. 5th Amendment

2.  **Count I.** Identify the issue involved. **Check only one.** State additional issues in separate counts.
    - ☐ Basic necessities
    - ☐ Mail
    - ☑ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    on May 19 2009 while housed in The Arizona Dept of Corrections at
    ASPC Eyman SMU I ... After 'threatened' to be set up and my
    life ruined by Corrections officer CO II MR Romero...... And 'then'
    falsely accused of Sexually assaulting ex girlfriend of 2 years
    1993-95. Vicki Miller . - Then 'Profiled' in The Az. Dept of Corr
    on direct tv @ A.C.I. Com. -          Proved my innocence!
    'I' named SMART Phone technology'.     But without
    Just Compensation. only Put twice in jeopardy
    civilly - criminally - and capitally Cruel and unusually
    Punished and conspired against to include loss of limb -
    erectile disfunction. ,
    Held fully accountable in The Arizona Dept of Corr. without
    due rights Process of law or jurisdiction
           False Imprisonment
    . And SMART Phone technology taken for Public use
    with out Just Compensation.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    My U.S. 5th Amendment violated in its Entirety
         False Imprisonment
    Et Al injuries - violations - pain and suffering on audio-video

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☑ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Count I?    ☑ Yes   ☐ No
    c.  Did you appeal your request for relief on Count I to the highest level?    ☑ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Numerous due rights Process violations formal informal grievance appeal legal Claim and Complaint @ . Com. etc.

3

**COUNT II**

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☐ Medical care
   - ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☐ Retaliation
   - ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                          ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?          ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

4

## COUNT III

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
    - ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
    - ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
    - ☐ Excessive force by an officer     ☐ Threat to safety     ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes    ☐ No
    b.  Did you submit a request for administrative relief on Count III?     ☐ Yes    ☐ No
    c.  Did you appeal your request for relief on Count III to the highest level?     ☐ Yes    ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E. REQUEST FOR RELIEF

State the relief you are seeking: **Press Charge**

Seeking Just Compensation
Prospective Declatory Nominal Punitive Compensatory
Et Al grievances redressed
Criminal record expunged
Immunity All
Claim SMARt Phone technology.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **7-9-13-**
_____
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

**Mark Joseph 'Hills' Tanzer**
**D.O.B  7-19-76**

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

# MARICOPA COUNTY SHERIFF'S OFFICE
## JOSEPH M. ARPAIO, SHERIFF

# <u>CERTIFICATION</u>

I hereby certify that on this date     _____ **16 July 2013** _____

I     filed    √    **mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona**

___ Hon _____ **United States District Court, District of Arizona.**

I further certify that copies of the original have been forwarded to:

___ **Attorney General, State of Arizona,** _____

___ **Judge** _____ **Superior Court, Maricopa County, State of Arizona.**

___ **County Attorney, Maricopa County, State of Arizona** _____

___ **Public Defender, Maricopa County, State of Arizona** _____

___ _____

___ _____

___ _____

**INMATE LEGAL SERVICES**
**Maricopa County, Sheriff's Office**
**201 S. 4th Avenue**
**Phoenix, AZ 85003**

Cert6

06/02/08